# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSC BTA BANK<br><br>PLAINTIFF(S)<br><br>v.<br><br>WELLS FARGO BANK, NA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:20–mc–00126–DOC–DFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/2/2020 | 1 | Petition for Discovery Order Pursuant to 28 U.S.C. 1782 |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The filing fee for miscellaneous cases is $49.00 Counsel may request a refund by e–filing form G–124 in this case.

Clerk, U.S. District Court

Dated: December 4, 2020          By: /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                        Deputy Clerk