CAROLYN F. McNIVEN (SBN 163639)
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1270
Facsimile: (415) 707-2010
mcnivenc@gtlaw.com

Attorneys for Applicant
JSC BTA BANK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Application of JSC BTA Bank for an Order Seeking Discovery Under 28 U.S.C. § 1782 | Case No.: 8:20-MC-00126-DOC-DFM<br><br>**WITHDRAWAL OF JSC BTA BANK'S EX PARTE APPLICATION FOR DISCOVERY ORDER PURSUANT TO 28 U.S.C. § 1782 IN AID OF FOREIGN PROCEEDING**<br><br>CTRM: TBD<br>JUDGE: Hon. David O. Carter and Hon. Douglas F. McCormick<br>DATE FILED: December 2, 2020 |
|---|---|

Due to recent developments in the underlying foreign litigation — *JSC BTA Bank [versus] Mukhtar Ablyazov and Ilyas Khrapunov,* Claim No. CL-2015-000549 (the "UK Case") — JSC BTA Bank hereby withdraws without prejudice its *Ex Parte* Application For Discovery Order Pursuant to 28 U.S.C. § 1782 In Aid of Foreign Proceeding (the "Application"), which was filed on December 2, 2020.  JSC BTA Bank reserves its right to refile the Application based on further developments in the UK Case.

DATED:  December 10, 2020     GREENBERG TRAURIG, LLP

By: _____*/s/ Carolyn F. McNiven*_____
Carolyn F. McNiven

Attorneys for Applicant JSC BTA Bank