UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No: SA MC 20-00126-DOC (DFMx)   Date: December 17, 2020

Title: In Re: In the Matter of the Application of JSC BTA Bank for an Order Seeking Discovery Under 28 U.S.C. 1782

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS): ORDER DISMISSING CIVIL CASE**

The Court is in receipt of the Notice of Withdrawal of Petition [6] filed on December 10, 2020. As such, the Court orders this matter administratively closed.